FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2023
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Nicholas Gomez
Defendant.

Case No.: 5:23-MJ-314

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: ______

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X) information in the Pretrial Services Report and Recommendation

(X) information in the violation petition and report(s)

(X) the defendant's nonobjection to detention at this time

( ) other: ______________________________

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 29, 2023

SHERI PYM
United States Magistrate Judge